```
 1   ISMAIL J. RAMSEY (CABN 189820)
     United States Attorney
 2
     MARTHA BOERSCH (CABN 126569)
 3   Chief, Criminal Division

 4   KRISTINA GREEN (NYBN 5226204)
     Assistant United States Attorneys
 5
        450 Golden Gate Avenue, Box 36055
 6      San Francisco, California 94102-3495
        Telephone: (415) 436-6912
 7      FAX: (415) 436-7027
        Kristina.Green@usdoj.gov
 8
     Attorneys for United States of America
 9
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) CASE NO. 3:24-mj-71109 MAG |
|---|---|
| Plaintiff, | ) [PROPOSED] DETENTION ORDER |
| v. | ) |
| ALEXANDER VINCENT HILL, | ) |
| Defendant. | ) |

On January 10, 2024, defendant Alexander Vincent Hill was charged in a Petition for Warrant or Summons for Person Under Supervision, filed in the Eastern District of California, with violating conditions of his supervised release.

Specifically, the Petition alleges that Hill committed the following violations: (1) on December 20, 2023, Hill committed the new law violation of carrying a loaded firearm in public in violation of California Penal Code § 25850(a), carrying a concealed weapon in vehicle in violation of California Penal Code § 25400(a)(1), felon in possession of a firearm in violation of California Penal Code § 29800(a)(1), manufacture/sale of large capacity magazine in violation of California Penal Code § 32310(a), obstructing/resisting a peace officer in violation of California Penal Code § 148(a)(1), and obstructing/resisting an officer – aggravated in violation of California Penal Code § 69(a), in San Pablo,

California; (2) on December 20, 2023, Hill was in San Pablo, in the Northern District of California, seemingly not for employment purposes, which was a violation of the condition that he not leave the Eastern District of California without prior authorization from his probation officer; and (3) Hill violated the condition that he notify his probation officer of any arrest by not notifying his probation officer of the arrest on December 20, 2023.

This matter came before the Court on July 26, 2024, for a detention hearing. The defendant was present and represented by Gabriela Bischof. Assistant United States Attorney Kristina Green appeared for the government. The government moved for detention, and the defendant opposed. At the hearing, counsel submitted proffers and arguments regarding detention.

Upon consideration of the facts, proffers and arguments presented, and for the reasons stated on the record, the Court finds that the defendant has not satisfied his burden to establish, by clear and convincing evidence, that he will not pose a danger to another person or the community and that he will not flee. Accordingly, the defendant must be detained and transferred to the Eastern District of California, where the allegations in the Petition can be addressed.

The present order supplements the Court's findings and order at the detention hearing. As noted on the record, the Court makes the following findings as the bases for its conclusion: As outlined in police reports and the proffer from the government, on the night of December 20, 2023, Hill was driving his vehicle in San Pablo, California. Officers conducted a traffic stop and searched the vehicle. Hill was the only person in the vehicle and the vehicle belonged to him. Officers located a firearm, without a serial number, and an extended magazine loaded with sixteen rounds of ammunition, concealed in a plastic bag, under the front hood of the vehicle. The concealment of the firearm is particularly concerning because it suggests Hill took steps to hide the firearm. In addition, when officers tried to arrest Hill after finding the firearm, Hill was physically combative and refused the officers' commands. The defendant has not sustained his burden to show that he is not a danger to the community or a flight risk. This finding is made without prejudice to the defendant's right to seek review of defendant's detention, or file a motion for reconsideration if circumstances warrant it.

IT IS ORDERED THAT:

1. The defendant be, and hereby is, committed to the custody of the Attorney General for

1 confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving
2 sentences or being held in custody pending appeal;
3     2.    The defendant be afforded reasonable opportunity for private consultation with counsel;
4 and
5     3.    On order of a court of the United States or on request of an attorney for the government,
6 the person in charge of the corrections facility in which the defendant is confined shall deliver the
7 defendant to an authorized United States Marshal for the purpose of any appearance in connection with a
8 court proceeding.
9     IT IS SO ORDERED.

DATED: July 26, 2024

_____
HONORABLE THOMAS S. HIXSON
United States Magistrate Judge